IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| DOMINIC AND JESSICA GUIDO )<br><br>      Plaintiffs   )<br>                     )<br>v.                     )<br>                     )<br>THE TRAVELERS HOME AND )<br>INSURANCE COMPANY   )<br>                     )<br>      Defendant   ) | CAUSE NO. 2:23-cv-0083-DCR |

**AGREED ORDER OF DISMISSAL**

Come the Plaintiffs, Dominic and Jessica Guido, and the Defendant, The Travelers Home and Marine Insurance Company, by counsel, and having agreed, IT IS HEREBY ORDERED that all claims asserted by the Plaintiffs in their Original and Amended Complaints are hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED this _____ day of _____, 2024.

_____
JUDGE, U.S. DISTRICT COURT

Tendered by:

*/s/ Stephanie Collins (by permission)*       */s/ Stephen C. Keller*
*Counsel for Plaintiffs*      *Counsel for Defendant,*
                                                      *The Travelers Home and Marine Insurance*
                                                      *Company*