UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| DOMINIC GUIDO and JESSICA GUIDO, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2: 23-083-DCR |
| V. | ) ) ) | |
| THE TRAVELERS COMPANIES INC. et al., | ) ) ) | **ORDER** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties previously notified the Court that they reached a preliminary settlement of the claims asserted in this action. [Record No. 36] They have now tendered a proposed agreed order of dismissal, indicating that all claims have been resolved. [Record No. 39] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' proposed agreed order of dismissal [Record No. 39], docketed as a motion, is **GRANTED**.

2. All claims asserted in this matter are **DISMISSED**, with prejudice, and the matter is **STRICKEN** from the docket.

3. The parties shall bear their respective costs, fees, and expenses.

Dated: May 31, 2024.

*Signed by Danny C. Reeves, Chief Judge*
Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky